1158

No. 03–7980. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7983. SEMPRIT-NATER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–447. SMITH, WARDEN v. McKENZIE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–771. CAGNA, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF CAGNA v. WEIRTON STEEL CORPORATION RETIREMENT PLAN-PLAN 001 ET AL. C. A. 3d Cir. Motion of Women's Institute for a Secure Retirement for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–7556. ESPARZA v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–572. KOZIS v. VIRGINIA, *ante*, p. 1018;

No. 03–5759. THOMPSON v. BELL, WARDEN, *ante*, p. 1051;

No. 03–6359. NARY v. LEWIS, WARDEN, *ante*, p. 991; and

No. 03–6616. IN RE HAYES, *ante*, p. 965. Petitions for rehearing denied.

No. 03–285. RANEY v. GATEWAY COMPUTER CO., *ante*, p. 983. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

JANUARY 21, 2004

No. 03–623. McCLURE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE ATLANTA-FULTON COUNTY PUBLIC LIBRARY BOARD OF TRUSTEES, ET AL. v. BOGLE ET AL. Certiorari dismissed under this Court's Rule 46.